UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) No. 4:11 CR 25 JCH |
| | ) |
| JAGADISH D. PATEL, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S FIRST MOTION
FOR EARLY TERMINATION OF PROBATION**

COME NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Antoinette Decker, Assistant United States Attorney for said District, and in response to defendant's motion states that the undersigned has conferred with both Assistant United States Attorney William Meiners in the Western District of Missouri, and Lisa Haar, United States Probation Officer. Neither has an objection to the defendant's motion. I, therefore, concur and have no objection to the defendant's early release from probation.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ *Antoinette Decker*
ANTOINETTE DECKER #76352CA
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

                                          /s/ *Antoinette Decker*
                                          ANTOINETTE DECKER #76352CA
                                          Assistant United States Attorney